v.

**Wade O. MARTIN, Secretary of State of State of Louisiana.**

No. 43609.

March 23, 1959.

**110 So.2d 103**

## UNITED GAS PIPELINE COMPANY

v.

**Wade O. MARTIN, Secretary of State of State of Louisiana.**

No. 43610.

March 23, 1959.

Wilkinson, Lewis, Wilkinson & Madison, Shreveport, Breazeale, Sachse, Wilson & Hebert, Baton Rouge, for plaintiff-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry Fuller, Second Asst. Atty. Gen., C. C. Wood, Baton Rouge, for defendant-appellee.

Wilkinson, Lewis, Wilkinson & Madison, Shreveport, Breazeale, Sachse, Wilson & Hebert, Baton Rouge, for plaintiff-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry Fuller, Second Asst. Atty. Gen., C. C. Wood, Baton Rouge, for defendant-appellee.

HAMITER, Justice.

For the reasons assigned in Union Producing Company v. Martin, 236 La. 1057, 110 So.2d 99, the judgment appealed from is reversed and set aside, and there is now judgment determining, declaring and decreeing that plaintiff United Gas Pipe Line Company owes no tax under the provisions of LRS 47:2611 et seq. (the foreign corporation capital stock tax statute), it having paid the maximum tax of $2,500 provided for therein.